UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT                    FILED

2003 OCT 21  P 3: 22

RAYMOND S. SEPULVEDA

                                          PRISONER
        v.                    Civ. No. 3:02cv1239(AHN)

OFFICER SMITH
OFFICER CIZAUSKAS
OFFICER JONES
DETECTIVE DEMATTEIS
OFFICER JOHN DOE
OFFICER JOHN DOE

## J U D G M E N T

On October 3, 2003, the parties filed their Stipulation to Dismiss which provided that judgment may enter dismissing this case with prejudice and without costs to any party.

On October 8, 2003, the Honorable Alan H. Nevas, United States District Judge approved and so ordered the stipulation.

It is therefore **ORDERED** and **ADJUDGED** that judgment is entered dismissing the case with prejudice.

Dated at Bridgeport, Connecticut this 21st day of October, 2003.

KEVIN F. ROWE, Clerk

By _Donna R Thomas_____

Donna P. Thomas
Deputy Clerk

Entered on the docket _____